UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOYA KOSOVSKA; LILIYA WALSH,<br><br>Appellant,<br><br>v.<br><br>MAX DEFAULT SERVICES CORP.;<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION; SETERUS, INC.,<br><br>Appellees. | No. 2:15-mc-0073-TLN-EFB<br><br><br><br>ORDER |
| In Re:<br><br>ZOYA KOSOVSKA,<br><br>Debtor. | BAP No. EC-15-1139<br><br>Bk. No. 14-25893-A-11 |

Pursuant to 28 U.S.C. § 1915, appellant seeks leave to proceed *in forma pauperis* in this appeal from the U.S. Bankruptcy Court for the Eastern District of California.  This matter was referred to this court by the Bankruptcy Appellate Panel ("BAP") for the limited purpose of ruling on appellant's application.  *See* ECF No. 1.

/////

/////

1 | Appellant's application makes the showing required by 28 U.S.C. §1915(a).  *See* ECF No.
2 | 2.  Accordingly, the request to proceed *in forma pauperis* is granted.  28 U.S.C. § 1915(a).  The
3 | Clerk is directed to serve a copy of this order on the BAP.
4 | DATED:  June 30, 2015.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE